# UNITED STATES DISTRICT COURT

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>SHAWN BLAKELEY | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number: 6:11-MJ-0036-MJS<br>USM Number:<br><br>JEREMY KROGER<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)  **Count 2**

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 4.23 (c)(2) | Refusal to Submit to a test to determine BAC | 5/25/2011 | Two |

The defendant is sentenced as provided in pages 2 through **2** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)  **One**  ☑ is  ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/26/2011
Date of Imposition of Judgment

/s/ Michael J. Seng
Signature of Judge

Michael J. Seng                  U.S. Magistrate Judge
Name of Judge                     Title of Judge

5/27/2011
Date

DEFENDANT:   SHAWN BLAKELEY
CASE NUMBER:   6:11-MJ-0036-MJS

## ADDITIONAL PROBATION TERMS

Defendant is hereby sentenced to a term of 24 months of unsupervised probation. With the following special conditions:

1. Obey all laws

2. Participate in 2 AA meetings weekly for the first twelve months of probation and file proof with Court through Counsel.

3. Pay $10 Penalty Assessment to Clerk of Court in Fresno, CA

4. Serve 18 days custody pursuant to 18 USC 3563(b)(10). Defendant is ordered to report to the institution designated by the Bureau of Prisons, and failing a designation, to the United States Marshal's Office, Fresno, California, by 2:00 PM on 7/22/2011.